United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM G. PINZON,

Plaintiff,

v.

MENDOCINO COAST CLINICS INC., et al.,

Defendants.

Case No. 14-cv-05504-JST

**ORDER**

Re: ECF No. 6

On December 22, 2014, this Court issued an order granting Plaintiff Abraham G. Pinzon leave to proceed in forma pauperis but dismissing his complaint because it failed to state a federal cause of action. ECF No. 5. Pinzon has since filed an amended complaint. ECF No. 6. The Court sees no reason to conclude at this time that the action is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). The Court's conclusion is without prejudice to arguments any defendant may make upon appearing.

Therefore, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit and this order upon the Defendants.

Plaintiff is advised that there is helpful information for *pro se* litigants at http://cand.uscourts.gov/proselitigants, including the Northern District's *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. The handbook is also available free of charge at the Clerk's Office.

Plaintiff is also encouraged to seek the assistance of the free Legal Help Center operated

United States District Court
Northern District of California

by the Bar Association of San Francisco. The Legal Help Center has locations at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California and at 1301 Clay Street, 4th Floor, Room 470S, Oakland, California. Assistance is provided by appointment only. A litigant may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415-782-8982.

**IT IS SO ORDERED.**

Dated: January 13, 2015



JON S. TIGAR
United States District Judge