UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM G. PINZON,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDOCINO COAST CLINICS INC., et al.,<br><br>    Defendant. | Case No. 14-cv-05504-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 20 |

The Court hereby grants Defendant Mendocino Coast Clinics, Inc.'s request to appear by telephone at the case management conference scheduled for April 1, 2015, at 2:00 pm. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

IT IS SO ORDERED.

Dated: March 25, 2015

_____
JON S. TIGAR
United States District Judge