UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM G. PINZON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MENDOCINO COAST CLINICS INC., et al.,<br><br>　　　　Defendant. | Case No.  14-cv-05504-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 28 |

　　　　The Court hereby grants Plaintiff's request to appear by telephone at the motion hearing and case management conference scheduled for April 23, 2015 at 2:00 p.m.  Not less than twenty-four hours before the hearing, Plaintiff shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which he can be reached for the hearing.

　　　　IT IS SO ORDERED.

Dated: April 17, 2015

_____
JON S. TIGAR
United States District Judge