UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM G. PINZON,

    Plaintiff,

  v.

MENDOCINO COAST CLINICS INC., et al.,

    Defendants.

Case No. 14-cv-05504-JST

**ORDER VACATING HEARING**

Re: ECF No. 33

    Before the Court is the United States of America's Motion to Substitute and to Dismiss. ECF No. 33. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for July 9, 2015, is hereby vacated.

    IT IS SO ORDERED.

Dated: June 29, 2015

                                    JON S. TIGAR
                                 United States District Judge