United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   ABRAHAM G. PINZON,                          Case No.  14-cv-05504-JST

            Plaintiff,
8
        v.                                      **ORDER**
9
10  STATE OF CALIFORNIA, DEPARTMENT
    OF HEALTH CARE SERVICES,
    MEDICAL DENTAL SERVICES
11  DIVISION, et al.,

12          Defendants.

13          On August 20, 2015, the Court issued an order granting the motion of the United States of

14  America to substitute itself in place of named Defendant Mendocino Coast Clinics, Inc., and to

15  dismiss all claims against it for lack of subject matter jurisdiction.  ECF No. 52.

16          Plaintiff's Amended Complaint names a second Defendant, the "State of California: Dep't

17  of Health Care Services; Medi-Cal Dental Services Division."  ECF No. 6 at 1.  Relying on

18  information provided by Plaintiff, the United States Marshals Service served a copy of the

19  summons, complaint, and existing orders on the California State Attorney General's Office on

20  February 10, 2015.  ECF No. 10; ECF No. 13 at 3.  On March 4, 2015, Pinzon filed a notice

21  regarding service, and attached a letter sent to him by a representative of the California Attorney

22  General's office.  ECF No. 14.  The letter informed Pinzon that "service upon the Attorney

23  General on behalf of a state agency is not proper in this instance.  The Department of Health Care

24  Services may be personally served through its Office of Legal Services located at 1501 Capitol

25  Avenue, Suite 5001, Sacramento, CA 95814."  Id. at 2.

26          Pinzon apparently attempted to serve the Department of Health Care Services by certified

27  mail on March 2, 2015.  Id. at 3.  Because Pinzon is the plaintiff in this case and is therefore a

28  party, he cannot serve his own complaint; someone else has to do it for him.  Pursuant to Federal

United States District Court
Northern District of California

1  Rule of Civil Procedure 4(c)(2), only a "person who is at least 18 years old and *not a party* may

2  serve a summons and complaint."[1]

3  Considering the foregoing, and in light of this Court's December 22, 2014, order granting

4  Plaintiff leave to proceed in forma pauperis, ECF No. 5; <u>see</u> Fed. R. Civ. P. 4(c)(3), it is ordered

5  that the Clerk re-issue summons, and it is further ordered that the U.S. Marshal for the Northern

6  District of California serve, without prepayment of fees, a copy of the complaint, any

7  amendments, scheduling orders, attachments, and this order upon Defendant Department of Health

8  Care Services at its Office of Legal Services, located at 1501 Capitol Avenue, Suite 5001,

9  Sacramento, CA 95814.

10  IT IS SO ORDERED.

11  Dated:  October 14, 2015

12

13  _____
    JON S. TIGAR
14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27  [1] The Court expresses no opinion at this juncture regarding whether service by certified mail, as opposed to personal service, is effective.  <u>See</u> Wagstaffe, Schwarzer & Tashima, <u>Fed. Civ. Pro. Before Trial</u> ¶ 5:175.6.

28

2