UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM G. PINZON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES, MEDICAL DENTAL SERVICES DIVISION, et al.,<br><br>    Defendants. | Case No. 14-cv-05504-JST<br><br>**ORDER RE: REPLY TO ORDER**<br><br>Re: ECF No. 63 |

    Plaintiff has filed a document titled "Reply to Order," ECF No. 63, which refers to this Court's March 14, 2016 Order Granting a Motion to Dismiss Plaintiff's Complaint, ECF No. 62. The Court construes this document as a motion for reconsideration. So construed, the motion is denied.

    IT IS SO ORDERED.

Dated: April 12, 2016

                                            JON S. TIGAR
                                            United States District Judge