UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM G. PINZON,

    Plaintiff,

v.

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH CARE SERVICES, MEDICAL DENTAL SERVICES DIVISION, et al.,

    Defendants.

Case No. 14-cv-05504-JST

**ORDER TO CLOSE FILE**

Re: ECF No. 62

On March 14, 2016, the Court granted a motion to dismiss filed by the only remaining defendant in the case, the State of California's Department of Health Care Services, Medi-Cal Dental Services Division ("DHCS"). ECF No. 62. It granted Plaintiff leave to amend his complaint within 21 days of the order's issuance, or April 4, 2016. Id. at 5. No amended complaint has been filed. Accordingly, the clerk shall close the file in this case.

IT IS SO ORDERED.

Dated: May 6, 2016

_____
JON S. TIGAR
United States District Judge